UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | | |
|---|---|---|---|
| Jonette Holdings, LLC, | | : | |
| | Plaintiff, | : | |
| vs. | | : | Civil Action #08 021 S |
| J.C. Penney Corporation, Inc., | | : | |
| | Defendant. | : | |

**STIPULATION**

The parties as represented by their respective counsel hereby stipulate that the time for Defendant J.C. Penney Corporation, Inc. to file its Answer or otherwise plead be extended for thirty days, i.e., until March 7, 2008.

Although this stipulation as submitted herewith has been signed only by the attorney for Defendant, it is by agreement with Plaintiff's attorney, Michael H. Feldhuhn, as per a telephone conference on February 4, 2008.

Respectfully submitted,

Elliot A. Salter

Dated: February 4, 2008

Elliot A. Salter, R.I. Bar #0094
Attorney for Defendant

SALTER & MICHAELSON
321 South Main Street
Providence, RI 02903-7128
Tel. : 401.421.3141
Fax : 401.861.1953
email : esalter@saltermichaelson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2008, I transmitted a copy of the foregoing Stipulation via electronic mail to Michael H. Feldhuhn, Attorney for Plaintiff.

Gretel Kelly
Certifier