UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Jonette Holdings, LLC,
Plaintiff,
vs.
J.C. Penney Corporation, Inc.,
Defendant.

Civil Action #08 021 S

**STIPULATION**

The parties as represented by their respective counsel hereby stipulate that the time for Defendant J.C. Penney Corporation, Inc. to file its Answer or otherwise plead be extended for two weeks, i.e., until March 21, 2008.

The parties are engaged in settlement discussions and are pursuing possible settlement of this matter.

Although this stipulation as submitted herewith has been signed only by the attorney for Defendant, it is by agreement with Plaintiff's attorney, Michael H. Feldhuhn, as per a telephone conference on February 29, 2008.

Respectfully submitted,

Elliot A. Salter, R.I. Bar #0094
Attorney for Defendant

Dated: February 29, 2008

SALTER & MICHAELSON
321 South Main Street
Providence, RI 02903-7128
Tel. : 401.421.3141
Fax : 401.861.1953
email : esalter@saltermichaelson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2008, I transmitted a copy of the foregoing Stipulation via electronic mail to Michael H. Feldhuhn, Attorney for Plaintiff.

Certifier