UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JONETTE HOLDINGS, LLC, | : | |
| Plaintiff, | : | |
| vs. | : | C.A. No. 08 021 S |
| J.C. PENNEY CORPORATION, INC., | : | |
| Defendant. | : | |

**ANSWER**

Defendant, J.C. Penney Corporation, Inc., for its Answer to the Complaint, states as follows:

1. Admitted.
2. Admitted.
3. Admitted.

4. Defendant is without information or knowledge sufficient to form a belief as to the existence of the facts alleged in ¶4 of the Complaint and hence denies same and leaves Plaintiff to its proofs.

5. Defendant is without information or knowledge sufficient to form a belief as to the existence of the facts alleged in ¶5 of the Complaint and hence denies same and leaves Plaintiff to its proofs.

6. Defendant is without information or knowledge sufficient to form a belief as to the existence of the facts alleged in ¶6 of the Complaint and hence denies same and leaves Plaintiff to its proofs.

7. Denied. Defendant admits to seeing what is purported to be a copy of U.S. Copyright Reg. #VAu-511-218.

8. Defendant admits that it was selling a "Santa Hugging Reindeer" pin without Plaintiff's permission, but denies all other allegations of this paragraph.

9. No answer required.
10. Denied.
11. Denied.
12. Denied.
13. Denied.
14. No answer required.
15. Denied.
16. No answer required.
17. Denied.

## AFFIRMATIVE DEFENSES

Further answering the Complaint herein, the Defendant states that Plaintiff is not entitled to the relief sought for the following reasons:

18. Plaintiff's copyright registration referred to in ¶ 7 of the Complaint is invalid, void, unenforceable and of no legal effect for one or more of the following reasons, and perhaps others of which Defendant is not presently aware:

(a) The subject matter alleged to be copyrighted does not constitute a work of art within the meaning of the copyright law.

(b) The subject matter alleged to be copyrighted does not possess the required amount of originality.

(c) The subject matter alleged to be copyrighted was not authored by Plaintiff.

(d) The subject matter alleged to be copyrighted was not copied by the Defendant.

19. Plaintiff's copyrighted work has not acquired a secondary meaning sufficient to support Counts II and III herein.

WHEREFORE, Defendant denies that the Plaintiff is entitled to the relief prayed for, or for any relief, and prays that the Complaint be dismissed, that Plaintiff's copyright be declared invalid and/or not infringed, and the costs of this action be assessed against Plaintiff, that reasonable attorneys' fees be awarded to Defendant, that Defendant has judgment therefor, and for such other and further relief as the Court may deem just and proper.

J.C. PENNEY CORPORATION, INC.

By : /Elliot A. Salter/

Elliot A. Salter (RI Bar #0094)
SALTER & MICHAELSON
321 South Main Street
Providence, RI 02903-7128
Tel. : 401.421.3141
Fax : 401.861.1953
Email : esalter@saltermichaelson.com

By : /Neville J. Bedford/

Neville J. Bedford (RI Bar #6817)
321 South Main Street
Providence, RI 02903-7128
Tel. : 401.709.4328
Fax.: 401.861.1953
Email : nevillebedford@gmail.com

ATTORNEYS FOR DEFENDANT

Dated : March 21 , 2008

**CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the above and foregoing ANSWER has been served on the attorney for plaintiff, Michael H. Feldhuhn, 56 Pine Street, Providence, RI 02903, by electronic mail this 21st day of March, 2008.

/Gretel Kelly/
Certifier