**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**JONETTE HOLDINGS, LLC,**
**Plaintiff,**

**v. C.A. No. 2008-021-S**

**J.C. PENNEY CORPORATION, INC.,**
**Defendant.**

**PLAINTIFF'S RULE 16**
**PRETRIAL CONFERENCE STATEMENT**

**In connection with the Rule 16 pretrial conference scheduled for Monday, April 28, 2008 at 3:00 p.m., and pursuant to the court's order, plaintiff submits the following statement enumerating the elements of plaintiff's claims.**

**BACKGROUND**

**For more than 60 years, Jonette Jewelry Company ("Jonette Jewelry") of East Providence, Rhode Island designed, manufactured, and sold original styles of jewelry. Jonette Jewelry created thousands of original styles, and registered those original designs with the U.S. Copyright Office (the "Jonette Copyrights").**

**By virtue of a written assignment from Jonette Jewelry Company to Jonette Holdings, LLC ("Jonette Holdings"), Jonette Holdings owns all right, title, ownership, and interest in and to the copyrights owned by Jonette Jewelry.**

**One such Jonette design is "Santa Hugging Reindeer Pin, Item #8808", U.S. Copyright Registration No. VAU-511-218 ("Jonette's Santa Hugging Reindeer"). During the most recent Christmas Holiday season,**

**Jonette discovered that J.C. Penney was selling at its Providence Place Mall store a "Santa Hugging Reindeer" pin. Jonette contends that Penney's pin imitates, copies, and infringes upon the Jonette Pin. The two pins are pictured here:**



**JONETTE ORIGINAL** **J.C. PENNEY COPY**

**COPYRIGHT INFRINGEMENT**

**a) Liability Elements:**

- **a copyright owner must establish proof of copyright ownership and proof of copying.**
- **the Certificate of Registration from the U.S. Copyright Office constitutes prima facie evidence of the validity of the copyright and of the facts stated in the certificate.**
- **proof of copying may be established either by direct evidence of copying or by indirect evidence showing access to the original work and "substantial similarity" between the original and allegedly infringing work.**

**Authority: The Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.***

**b) Damages Elements:**

- **under the Copyright Act, an infringer is liable for the copyright owner's actual damages and the infringer's profits.**

**Authority: 17 U.S.C. §504(a)(1).**

- **the Copyright Act further provides, as an alternative remedy, an award of statutory damages:**

> **"the copyright owner may elect, at any time before final judgment is rendered, to recover, instead of actual damages and profits, an award of statutory damages for all infringements involved in the action, with respect to any one work, for which any one infringer is liable . . . in a sum of not less than $750 or more than $30,000 as the court considers just."**

**Authority: 17 U.S.C. §504(c)(1).**

- **in cases where the court finds that the infringement was committed willfully, the court in its discretion may increase the award of statutory damages to a sum of not more than $150,000 for each work that has been infringed.**

**Authority: 17 U.S.C. §504(c)(2).**

- **the determination of the amount of statutory damages is a jury question.**

**Authority: Feltner v. Columbia Pictures Televison, Inc., 523 U.S. 340 (1998)(Seventh Amendment provides right to jury trial on all issues pertinent to award of statutory damages in copyright infringement action, including amount itself.)**

**Plaintiff,**
**By Its Attorney,**

**/s/ Michael H. Feldhuhn**

**Michael H. Feldhuhn (#3344)**
**56 Pine Street**
**Suite 200**
**Providence, Rhode Island 02903**
**Tel. (401) 331-6600**
**FAX (401) 274-2780**

**DATED: April 22 , 2008**

**CERTIFICATION**

**I hereby certify that on this 22nd day of April, 2008, this document was filed electronically and is available for viewing and downloading to the ECF registered counsel of record:**

**Elliot A. Salter, Esquire**
**SALTER & MICHAELSON**
**321 South Main St.**
**5th Floor**
**Providence, RI 02903**
**Email: esalter@saltermichaelson.com**

**Neville J. Bedford**
**321 South Main Street**
**5th Floor**
**Providence, RI 02903-7108**
**Email: nevillebedford@gmail.com**

**/s/ Michael H. Feldhuhn**
**Michael H. Feldhuhn**