**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**JONETTE HOLDINGS, LLC,**
**Plaintiff,**

**v.** **C.A. No. 08-021 (S)**

**J.C. PENNEY CORPORATION, INC.,**
**Defendant.**

**STIPULATION OF DISMISSAL**

**Pursuant to a settlement agreement between the parties, the above-entitled action may be dismissed, with prejudice, no interest, no costs, no fees to any party.**

**Plaintiff,**
**By Its Attorney,**

**/s/ Michael H. Feldhuhn**

**Michael H. Feldhuhn (#3344)**
**56 Pine Street**
**Suite 200**
**Providence, RI 02903**
**Tel. (401) 331-6600**
**FAX (401) 274-2780**

**Defendant,**
**By Its Attorney,**

**/s/ Elliot A. Salter**

**Elliot A. Salter (#0094)**
**SALTER & MICHAELSON**
**321 South Main Street**
**Providence, RI 02903**
**Tel. (401) 421-3141**
**FAX (401) 861-1953**

**ENTER:**

**The Honorable William E. Smith**
**United States District Judge**

**Date: ____________________________**