UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JONETTE HOLDINGS, LLC,
Plaintiff,

v. C.A. No. 08-021 (S)

J.C. PENNEY CORPORATION, INC.,
Defendant.

**STIPULATION OF DISMISSAL**

Pursuant to a settlement agreement between the parties, the above-entitled action may be dismissed, with prejudice, no interest, no costs, no fees to any party.

Plaintiff,
By Its Attorney,

/s/ Michael H. Feldhuhn

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, RI 02903
Tel. (401) 331-6600
FAX (401) 274-2780

Defendant,
By Its Attorney,

/s/ Elliot A. Salter

Elliot A. Salter (#0094)
SALTER & MICHAELSON
321 South Main Street
Providence, RI 02903
Tel. (401) 421-3141
FAX (401) 861-1953

ENTER:

WESmith

The Honorable William E. Smith
United States District Judge

Date: 5/12/08